STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DANIEL POLIDORI, DEFENDANT-PETITIONER.

*Mr. James A. Major* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

September 16, 1957.   Denied.

IN THE MATTER OF THE PAYMENT OF UNCLAIMED DEPOSITS IN THE SUPERIOR COURT, *ETC.*

See same case below:   45 *N. J. Super.* 327.

*Mr. Grover C. Richman, Jr.,* and *Mr. Christian Bollermann* for the petitioner.

*Mr. Joseph G. Engel* for the respondent.

September 23, 1957.   Granted.